# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARLO CHARLES

NO. 2020 KW 0619

**SEPTEMBER 28, 2020**

---

In Re: Marlo Charles, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 345943.

---

**BEFORE: McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

JMM
GH
AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT